**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MSP RECOVERY CLAIMS, SERIES LLC and SERIES 16-05-456,**

      **Plaintiffs,**

**v.**                                                            Case No:   6:18-cv-1458-Orl-31GJK

**QBE HOLDINGS, INC., QBE INSURANCE CORP. and QBE REINSURANCE CORP.,**

      **Defendants.**

## ORDER

This matter comes the Court on the Motion for Protective Order and to Stay Discovery (Doc. 44). Generally, the Court is not inclined to stay discovery due to the pendency of one or more motions, regardless of whether those motions may be dispositive. However, given that the pending Motion to Dismiss (Doc. 33) goes to the Plaintiffs' standing to bring this putative class action, the Court will make an exception here. Accordingly, it is hereby

**ORDERED** that the Motion for Protective Order and to Stay Discovery (Doc. 44) is **GRANTED.** All discovery is **STAYED** pending resolution of the Motion to Dismiss (Doc. 33). In the event that the Motion to Dismiss is denied, all discovery served prior to the entry of this order will be deemed served as of the date of the order on that motion. In addition, it is hereby

**ORDERED** that the Motion for Case Management Conference (Doc. 47) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 19, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE