#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**MSP RECOVERY CLAIMS, SERIES LLC and SERIES 16-05-456,**

      **Plaintiffs,**

v.                                                    Case No:   6:18-cv-1458-Orl-31GJK

**QBE HOLDINGS, INC., QBE INSURANCE CORP. and QBE REINSURANCE CORP.,**

      **Defendants.**

### AMENDED ORDER

In light of the mandate entered by the Eleventh Circuit Court of Appeals (Doc. 55), it is

**ORDERED** that the dismissal order entered at Doc. 50 is amended to reflect that the dismissal is without prejudice. Additionally, Plaintiff Series 16-05-456 is reinstated as a party to this case. In all other respects, the original order is unchanged.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 2, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party